BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: August 26, 2005                              AT:   2:00 - 5:30  PM

CIVIL CAUSE FOR:  ORDER TO SHOW CAUSE HEARING

CASE NUMBER:   CV-05-3808

TITLE:   MOSES   V.  BAYPORT/BLUEPOINT UNION FREE SCHOOL DISTRICT

APPEARANCES:
   FOR PLAINTIFF:     PATRICIA FINN, ESQ.
   FOR DEFENDANT:   DAVID COHEN, ESQ

   COURT REPORTER:   HARRY RAPAPORT

 X    CASE CALLED.

 X    COUNSEL FOR ALL SIDES PRESENT.

\_\_   COUNSEL FOR _____ NOT PRESENT.

 X    HEARING HELD ON MOTION BY   PLAINTIFFS FOR PRELIMINARY INJUNCTION

 X    DECISION ENTERED ON THE RECORD.

 X    THE FOLLOWING RULINGS WERE MADE:

**FOR THE REASONS STATED ON THE RECORD, THE COURT FINDS THAT STEPHANIE MOSES HAS NOT ESTABLISHED THAT HER SINCERELY HELD RELIGIOUS BELIEFS ARE THE BASIS FOR REFUSING TO HAVE HER CHILD IMMUNIZED.  THE COURT DENIES THE MOSES MOTION FOR INJUNCTIVE RELIEF.**